701 A.2d 222

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Michale J. ANDERSON, a/k/a Michael J. Anderson.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1997.

Decided Oct. 7, 1997.

Robert E. Colville, Claire C. Capristo, Michael W. Streily, Pittsburgh, Chris Conrad, for Com.

Shelley Stark, Pittsburgh, for Michael Anderson.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent.